UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: HANDEX GROUP, INC.,<br><br>    Debtor<br><br>―――――――――――――――――<br><br>TIMOTHY & DONNA HILL, EDWARD & ROBERTA LABORDE & JOSEPHINE TURNER, DAVID & BONNIE AURICHIO, MICHAEL CARROLL, JAMES & ROSE EWINGS, WILLIAM & DOROTHY FOX, RICHARD & RENATE SETINSKY, JOHN & KELLI EICHNER, TOM & ELLIE CAUWELS, AND SHARON & WILLIAM SIMS,<br><br>    Plaintiffs,<br><br>v.<br><br>SHELL OIL COMPANY, SHELL OIL PRODUCTS U.S., SHELL OIL PRODUCTS COMPANY, SHELL OIL PRODUCTS LLC, MOTIVA ENTERPRISES, LLC, HANDEX OF NEW JERSEY, INC., GEORGE STAMOULIS & ALBERTA STAMOULIS, GEORGE STAMOULIS, INC., individually and as successor to GEORGE STAMOULIS and ALBETA STAMOULIS, ABC CORPORATIONS 1 THROUGH 20 (names being fictitious), JOHN DOES 1-10 (names being fictitious), AND ROBERT ROES 1-10 (names being fictitious),<br><br>    Defendants. | 05-5847 (WJM)<br><br>**ORDER** |

A Report and Recommendation was filed on March 23, 2006 recommending that this civil action be remanded to the Superior Court of New Jersey, Law Division, Bergen County; and the parties having been given notice that they had ten days within which to object to the Report

and Recommendation pursuant to Local Rule 72.1(c)(2); no objections having been received; and the Court having reviewed the Report and Recommendation *de novo*; and good cause appearing;

**IT IS** on this 17th day of April 2006, hereby

**ORDERED** that the Report and Recommendation of Magistrate Judge Ronald J. Hedges is adopted as the Opinion of this Court; and it is further

**ORDERED** that this matter be and hereby is remanded to the Superior Court of New Jersey, Law Division, Bergen County.

s/ William J. Martini<br>
**William J. Martini, U.S.D.J.**

cc:     The Hon. Ronald J. Hedges, U.S.M.J.